IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| Ex rel. RICHARD CONLEY, | * | |
| | * | |
| Plaintiffs | * | |
| | * | CIVIL ACTION NO. GLR-15-0423 |
| | * | **FILED UNDER SEAL** |
| v. | * | |
| | * | DO NOT PLACE IN PRESS BOX |
| | * | DO NOT ENTER IN PACER |
| LIFEBRIDGE ANESTHESIA | * | |
| ASSOCIATES, LLC., *ET AL.*, | * | |
| | * | |
| Defendant | * | |
| | * | |
| | * | |

\* \* \* \* \*\*\* \* \* \* \*

## ORDER

The United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), it is this 11th day of August, 2016, hereby:

**ORDERED** that:

1. the Complaint be unsealed and served upon the defendant by the relator if the relator proceeds with the action;

2. all other contents of the court file in this action remain under seal and not be made public or served upon the defendant, except for this Order and The Government's Notice of Election to Decline Intervention, which the relators will serve upon the defendant only after service of the Complaint;

3. the seal be lifted as to all other matters occurring in this

action *after* the date of this Order;

4. the parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

5. the parties shall serve all notices of appeal upon the United States;

6. all orders of the Court in this action shall be sent to the United States; and that

7. should the relators or the defendant propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval; and it is further

**ORDERED**, that the Clerk of the Court shall provide an executed copy of this Order to **counsel for the United States and counsel for the Relator.**

*[signature]*

**George L. Russell, III**
**United States District Judge**

Clerk, Copies of Executed Order to:
Lon Engle, Esq.
ENGLE & ENGLE, P.A.
11 E. Lexington Street, Suite 200
Baltimore, Maryland 21202